UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JEFFREY WILSON,

                              Plaintiff,                  **ORDER**

       -against-                                    21-CV-9619 (KPF) (JW)

JOHN/JANE DOE,

                             Defendant.

-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       This matter has been referred for a Report and Recommendation on Defendant's Motion to Dismiss, filed on March 4, 2022. Plaintiff's opposition papers shall be due on **May 6, 2022**. Defendant's reply, should they choose to file one, shall be due on **May 13, 2022**.

       The Clerk of Court is directed to mail Plaintiff a copy of the Motion to Dismiss, Dkt. No. 12, as well as a copy of this Order.

       SO ORDERED.

DATED:    New York, New York
              March 17, 2022

                                                           _/s/ Jennifer E. Willis_
                                                           JENNIFER E. WILLIS
                                                           United States Magistrate Judge