UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JEFFREY WILSON,

                Plaintiff,         **ORDER**

    -against-                         21-CV-9619 (KPF) (JW)

JOHN/JANE DOE,

                Defendant.

-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    The Court is in receipt of Plaintiff's Opposition to Defendant's Motion to Dismiss, filed on March 18, 2022. Dkt. No. 15. The briefing schedule set on March 17, 2022, still controls. Dkt. No. 14. Plaintiff has additional time, until **May 6, 2022**, to file his opposition papers. Defendant should wait to reply in the event that Plaintiff takes advantage of the briefing schedule and refiles or supplements his response. In that case Defendant's reply, should they choose to file one, shall be due a week after Plaintiff's submission. If Plaintiff does not refile or supplement his response, Defendant's reply will be due on **May 13, 2022**.

    The Clerk of Court is directed to mail Plaintiff a copy of this Order.

    SO ORDERED.

DATED:    New York, New York
                March 22, 2022

                                                        *Jennifer E. Willis*
                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge