UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JEFFREY WILSON,

                              Plaintiff,                  **ORDER**

                         -against-                              21-CV-9619 (KPF) (JW)

JOHN/JANE DOE,

                              Defendant.
-----------------------------------------------------------------X

      The Court has received Mr. Wilson's letter, as well as his reply to the motion to dismiss. Judge Willis is assigned to write the Report and Recommendation on both Mr. Wilson's petition, as well as the motion to dismiss.

      For clarification, there are several ways for the Government to respond to Mr. Wilson's petition. One of those is an Answer. Another way is by filing a Motion to Dismiss. Federal Rule of Civil Procedure 12 sets out what responses are allowed; 12(b) sets out the different motions to dismiss that can be made.

      The briefing schedule set Mr. Wilson's reply as due on May 6, 2022, and was intended to allow for any delays in mail reaching Mr. Wilson. However, the Court has received Mr. Wilson's reply, and Mr. Wilson does not have to take any further action. The Government's reply remains due on May 13, 2022, after which the Court will consider the motion.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Wilson.

DATED:    New York, New York
              April 6, 2022

                                                                   *Jennifer E. Willis*
                                                                JENNIFER E. WILLIS
                                                                 United States Magistrate Judge