UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JEFFREY WILSON,

                        Plaintiff,

        -against-                                        21 **CIVIL** 9619 (KPF)(JW)

## JUDGMENT

JOHN/JANE DOE,

                        Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 16, 2023, the Court agrees with Judge Willis's well-reasoned Report and hereby adopts its reasoning by reference. Accordingly, it is ordered that Respondent's motion is GRANTED and that the Petition is DISMISSED with prejudice. The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case. The Clerk of Court is further directed to mail a copy of this Opinion and Order to Petitioner at his address of record. Since Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c). Pursuant to 28 U.S.C. § 1915(a)(3), any appeal from this Opinion and Order would not be taken in good faith; therefore in forma pauperis status is denied for the purpose of any appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

      February 17, 2023

                                                          **RUBY J. KRAJICK**

                                                                 _____
                                                                 **Clerk of Court**

                              **BY:**

                                                                 _____
                                                                 **Deputy Clerk**